Adam Sullivan
Name
322077
Prison Number
Goose Creek Correctional Center
Place of confinement
22301 West Alsop Road
Mailing address
Wasilla, AK 99654
City, State, Zip

_____
Telephone

RECEIVED
2021 SEP 27 OCT 05 2021
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

Adam Sullivan                              ,
(Enter full name of plaintiff in this action)

Plaintiff,

vs.

Case No. 3:21-CV-00220-RRB
(To be supplied by Court)

Erin Maisten, Ana Cometa            ,

Lawrence Monsma, Brittany Dunlop;

Charles Agoster, Iann Kriak, Det. Fogiter,
(Enter full names of defendant(s) in this action.
Do NOT use *et al.*)

Defendant(s).

**PRISONER'S
COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983**

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3).

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Adam Sullivan,
   Goose Creek Correctional Center (print your name)
who presently resides at 22301 West Alsop Rd,
                         (mailing address or place of confinement)
were violated by the actions of the individual(s) named below.

2. <u>Defendants</u> (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, *Erin Marston* is a citizen of
*Alaska*, and is employed as a *Superior Court Judge*.
(state) (defendant's government position/title)

___X___ This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
___X___ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, *Ana Cometa* is a citizen of
*Alaska*, and is employed as a *District Attorney*.
(state) (defendant's government position/title)

___X___ This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
___X___ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, *Lawrence Monsma* is a citizen of
*Alaska*, and is employed as a *District Attorney*.
(state) (defendant's government position/title)

___X___ This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
___X___ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

**\*\*\*REMINDER\*\*\***
**You must exhaust your administrative remedies before your claim can go forward.**
**THE COURT MAY DISMISS ANY UNEXHAUSTED CLAIMS.**

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Prisoner § 1983 - 2
PS01, Nov. 2013

2. Defendants (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 4, _Brittany Dunlop_ is a citizen of
_Alaska_, and is employed as a _District Attorney_.
(state)     (name)     (defendant's government position/title)

__X__ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR

_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 5, _Charles Agerter_ is a citizen of
_Alaska_, and is employed as a _District Attorney_.
(state)     (name)     (defendant's government position/title)

__✓__ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR

_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 6, _John Novak_ is a citizen of
_Alaska_, and is employed as a _District Attorney_.
(state)     (name)     (defendant's government position/title)

__X__ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR

_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

***REMINDER***
**You must exhaust your administrative remedies before your claim can go forward.
THE COURT MAY DISMISS ANY UNEXHAUSTED CLAIMS.**

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Prisoner § 1983 - 2
PS01, Nov. 2013

2. <u>Defendants</u> (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, ___Mr. Folaker_____ is a citizen of
___Alaska_____, and is employed as a ___APD Detective_____.
   (state)                                    (defendant's government position/title)

___X___This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2 ___Lisa Wilson_____ is a citizen of
___Alaska_____, and is employed as a ___Alaska office of Public Advocacy___
   (state)                                    (defendant's government position/title)

___X___This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3 ___Taylor Winston_____ is a citizen of
___Alaska_____, and is employed as a ___Alaska office of Victim's Rights___
   (state)                                    (defendant's government position/title)

___X___This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

***REMINDER***
You must exhaust your administrative remedies before your claim can go forward.
THE COURT MAY DISMISS ANY UNEXHAUSTED CLAIMS.

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Prisoner § 1983 - 2
PS01, Nov. 2013

#1

Claim 3: On or about _2018 Through Present_ _____, my civil right to

_Due Process; Speedy Public, Fair Trial;_

(Date)

(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by _ERIN Merston, Superior Court Judge._

(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

Judge ERIN Merston, after taking an oath to uphold the Constitutions and Laws of the United States and Alaska, with Deliberate intent has failed to Maintain and uphold such Constitutional Rights and follow the laws of the United States and Alaska. Clearly on the Record of the Proceedings before Judge Merston in the Alaska Superior Court Such actions intentionally deprived me of State Statutory and Constitutional Rights and at that point all Immunity of which Judge Merston did Enjoy was Stripped upon the Criminal Act of a Violation of Alaska Statute 11.76.110 "Interference with Constitutional Rights."

Prisoner § 1983 - 5
PS01, Nov. 2013

Claim #2: On or about _August 17th 2019 Through Present_, my civil right to
_Due Process ("Devereaux Claim")_
(Date)
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom
from cruel and unusual punishment, etc.  List **only one** violation.)

was violated by _Ana Cometa_
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3.   State what
happened briefly and clearly, in your own words.  Do not cite legal authority or argument.
Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

After taking an Oath of Office to uphold the Constitution
and laws of the United States and Alaska, Ms. Cometa
Deliberately lied to the Court (Alaska Superior Court, Judge
Erin Marston), with holding Evidence not only from the
Attorney of Record for my Criminal Defense but from the
Grand Jury Proceeding. That Evidence is and was Exculpatory
and intentionally withheld in pursuit of the Criminal Charges.
Clear Evidence and Statements from known witnesses
Establishing a Self-Defense Position in a Felony matter.

Ms. Cometa lost any Immunity Enjoyed from her Office
upon her Crime of Intentional Interference with Constitutional
Rights (A.S. § 11.76.110)

Prisoner § 1983 - 5
PS01, Nov. 2013

Claim 3: On or about _February 17th 2017 Through Present_, my civil right to
_Due Process (Devereaux Claim)_.
(Date)
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom
from cruel and unusual punishment, etc. List only one violation.)

was violated by _Lawrence Monsma_
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what
happened briefly and clearly, in your own words. Do not cite legal authority or argument.
Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

Lawrence Monsma, with intention to cause injury did
Withhold Evidence in a Criminal Proceeding, Lied in Court
after having Entered his oath as a Prosecuting attorney
to uphold and Defend the Constitution and Laws of
the United States and the State of Alaska. To which
he knew of Witness Statements and Evidence to which
the Clear Defense of Self Defense Would be available,
Lied to the Court (State Superior Court), hid the discovery
of Such Witness Statements, failed to present to a Grand
Jury Such Exculpatory Evidence and Caused injury
to the Plaintiff, including Mental Anguish and Stress.

Mr. Monsma lost all immunity he had enjoyed from
his Office as a Prosecutor when he committed the
Crime of intentional Interference with Constitutional
Rights (A.S. § 11.76.110).

Prisoner § 1983 - 5
PS01, Nov. 2013

Claim 4: On or about _January 20th 2020 through Present_, my civil right to
_Due Process (Devereaux Claim)_ (Date)

(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by _Brittany Dunlop_
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

As A Prosecuting Attorney, Ms. Dunlop took an Oath of Office to Uphold and Protect the Constitution and laws of the United States and the State of Alaska. There after Ms. Dunlop lied to the Court, withheld Evidence in a Criminal Proceeding to which the Self-Defense Pleading Could have and is Established through Statements of Witnesses, withheld Such from both Defense and the Grand Jury (Exculpatory Evidence).

Ms. Dunlop upon committing the Crime of Interference with Constitutional Rights (AS § 11.76.110) lost all immunity.

#5

Claim #: On or about _January 30th 2020 Through Present_, my civil right to
_Due Process (Devereaux Claim) (Napue Violation)_

(Date)
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom
from cruel and unusual punishment, etc. List **only one** violation.)

was violated by _Charles Agerter_

(Name of the specific Defendant who violated this right)

_Supporting Facts_ (Briefly describe facts you consider important to Claim 3. State what
happened briefly and clearly, in your own words. Do not cite legal authority or argument.
Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

After taking an Oath of Office to Uphold and Defend the
Constitutional Laws of the United States and the
State of Alaska, He intentionally lied in a State Criminal
Court as to the Witness Statements that Clearly Establish
the Availability of a Self Defense Position in a Felony
Criminal Matter.

Mr. Agerter lost his immunity he enjoyed from his
Office when he Committed the Crime of Interference
with Constitutional Rights (AS 3 il. 78.110).

#6

Claim 3: On or about _February 20th 2020 through Present_, my civil right to
_Due Process (Devereaux Claim); (Napue Violation)_
(Date)
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom
from cruel and unusual punishment, etc. List only one violation.)

was violated by _John Novak_
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what
happened briefly and clearly, in your own words. Do not cite legal authority or argument.
Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

Mr. Novak, after having taken an Oath to uphold the
Constitution and laws of the United States and the State
of Alaska, intentionally lied in Criminal Proceedings, withheld
Exculpatory Evidence of Witness Statements that Clearly
Establish a Defense Position of Self Defense, lied
when confronted and Failed to Correct such False
Statements.

Mr. Novak lost all his Immunity he enjoyed upon
his Committing the Crime of Interference with
Constitutional Rights (AS§ 11.76.110)

Claim 7: On or about _February 19th 2017 through Present_, my civil right to
_Due Process (Deliberate Fabrication of Evidence)_
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by _Detective Foraker - Anchorage Police Department_
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

_Mr. Foraker intentionally failed to gather evidence and_
_statements of Witnesses in a Timely manner, Allowed_
_evidence to go unpreserved that tend to Support the_
_Criminal Defense Position of Self-Defense in a Felony_
_Criminal Case and presented lies to a Criminal Court_
_in the Attempt to hide evidence in Criminal Case._

Prisoner § 1983 - 5
PS01, Nov. 2013

#8

Claim 3: On or about _February 17th 2021 Through Present_, my civil right to
_State Tort Claim of Slander, Defamation of Character_
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by _Lisa Wilson_
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

Ms. Wilson has told my Children that I Murdered their Mother in Cold Blood when in Fact, My Children do have and are Witnesses of My Actions of Self Defense. Ms. Wilson has lied to my Daughters in her Attempt to Alter and Change My Daughters Future Testimonys. This has been witnessed by others.

Ms. Wilson Committed the State Crime of interference with Constitutional Rights (11.76.110) and lost any immunity upon that act.

Prisoner § 1983 - 5
PS01, Nov. 2013

#9

<u>Claim #:</u> On or about <u>February 17th 2017 Through Present</u>, my civil right to
<span style="text-align:center">(Date)</span>
<u>State Tort Claim of Slander Defamation of Character</u>
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom
from cruel and unusual punishment, etc. List **only one** violation.)

was violated by <u>Taylor Winston</u>
(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 3. State what
happened briefly and clearly, in your own words. Do not cite legal authority or argument.
Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

Ms. Winston has told my children I Murdered
their Mother in Cold Blood. I have Not been Convicted
and the lies Ms. Winston are Attempts to change the
future testimony of my Children who Witnessed the
facts my actions were in Self Defense and thus
Not Guilty of Cold Blooded Murder. Witnesses have
observed the Statements and the Attempts to
Change the Statements of the Witnesses (my Daughters)
as to my acts of Self Defense.

Prisoner § 1983 - 5
PS01, Nov. 2013

<u>Claim 3</u>: On or about _____, my civil right to

(Date)

_____

(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom<br>from cruel and unusual punishment, etc. List <b>only one</b> violation.)

was violated by _____

(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Prisoner § 1983 - 5<br>PS01, Nov. 2013

**D. Previous Lawsuits**

1.  Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment**? _____ Yes __X__ No

2.  If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed:_____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

b. <u>Lawsuit 2</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed:_____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

3.  Have you filed an action in federal court that was dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?

_____Yes __X__ No

If your answer is "Yes," describe each lawsuit on the next page.

**Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised: _____

e. Approximate date case was filed:_____ Date of final decision: _____

*Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:*

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised:_____

e. Approximate date case was filed:_____ Date of final decision: _____

**Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised:_____

e. Approximate date case was filed:_____ Date of final decision: _____

**4. Are you in imminent danger of serious physical injury?** _____ Yes ___ No

If your answer is "Yes," please describe how you are in danger, without legal argument/authority: _____

_____

_____

_____

Prisoner § 1983 - 7
PS01, Nov. 2013

## F. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $~~100,000,000.000~~ IN Excess of SeventY Five Thousand Dollars with The True Amount to be Proved at Trial. ($75,000)

2. Punitive damages in the amount of $~~100,000,000.000~~ in Excess of $75,000 with the True Amount to be proved at Trial.

3. An order requiring defendant(s) to _pay in full and court costs._

4. A declaration that _Mr Rights have been Violated and Any Reasonable Order the Court Deems Just._

5. Other: _will put leins on bank accounts / homes / propertys_

Plaintiff demands a trial by jury. __X__ Yes _____ No

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

Executed at _Goose Creek Correctional_ on ___9-23-21___
               (Location)                         (Date)

_____
        (Plaintiff's Signature)

_____   _____
Original Signature of Attorney (if any)            (Date)

_____

_____

_____
Attorney's Address and Telephone Number

Prisoner 1983 - 8
PS01, Nov. 2013

Adam Sullivan 322007
Goose Creek Correctional Center
22301 West Alsop Rd.
Wasilla, AK 99654

U.S. District Court
222 W. 7th Avenue, Room 229, Box/Suite #4
Anchorage, AK
99513

FOREVER USA PURPLE HEART
FOREVER USA PURPLE HEART
FOREVER USA